1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Staff Attorney/Misdemeanor Unit
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )  No. 08-cr-352-GGH
                                    )
11            Plaintiff,            )  STIPULATION AND ORDER
                                    )
12    v.                            )  Date:  November 3, 2008
                                    )  Time:  9:00 a.m.
13 NADIA Z. GRANT,                  )  Judge: Hon. Gregory G. Hollows
                                    )
14            Defendant.            )
   _____)
15

16     The United States of America, through S. Robert Tice-Raskin,

17 Assistant United States Attorney, together with defendant, Nadia Z.

18 Grant, through her counsel, Michael Petrik, Jr., request that the Court

19 continue the trial confirmation hearing set for November 3, 2008, at

20 9:00 a.m., to December 8, 2008, at 9:00 a.m., and set the jury trial in

21 this matter for March 9, 2009, at 9:00 a.m.

22     The parties further agree that the time period from the date of

23 this order through March 9, 2009, should be excluded to allow defense

24 counsel reasonable time for effective preparation, taking into account

25 the exercise of due diligence.

26     The parties further agree that the ends of justice served by

27 granting defendant's request for a continuance outweigh the best

28

1   interest of the public and the defendant in a speedy trial, and that

2   for the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

3   § 3161, et seq., within which trial must commence, the noted time

4   period should be deemed excludable pursuant to 18 U.S.C. §

5   3161(h)(8)(B)(iv), [Local Code T4].

6

7   Dated: October 30, 2008        Respectfully submitted,

8                               DANIEL J. BRODERICK

                                 Federal Defender

9

                                 /s/ M. Petrik

10                                  _____

11                                  MICHAEL PETRIK, Jr.

                                 Staff Attorney/Misdemeanor Unit

12

13   Dated: October 31, 2008        MCGREGOR W. SCOTT

                                 United States Attorney

14

                                 /s/ Samantha S. Spangler for

15                                  _____

16                                  S. ROBERT TICE-RASKIN

                                 Assistant U.S. Attorney

17

18                         **O R D E R**

19       **IT IS SO FOUND AND ORDERED.**

20

21   Dated:    November 4, 2008       /s/ Gregory G. Hollows

                                 GREGORY G. HOLLOWS

22                                  United States Magistrate Judge

  grant.eot

23

24

25

26

27

28   Stipulation And Proposed Order      2            08-cr-352-GGH